UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHNNY BERNARD MILLER** <br> **BOP #09987-058** | * <br> * <br> * | **CIVIL ACTION NO. 2:14-cv-2266** <br> **SECTION P** |
| **v.** | * <br> * <br> * | **JUDGE MINALDI** |
| **C. MAIORANA** | * | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 6) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Miller's complaint be **DISMISSED** in accordance with the provisions of FED. R. CIV. P. Rule 41(b) and Local Rule 41.3W.

Lake Charles, Louisiana, this __1__ day of __March__, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE